MINNIE MEYER, as Executrix, etc., of ALDRED A. MEYER, Deceased, Respondent, v. MALCOLM W. HERON and AUGUSTINO IANNONE, Appellants.*— Judgment as against appellant Heron unanimously affirmed, with costs. Judgment as against appellant Iannone reversed on the law, with costs, and complaint dismissed, with costs. In our opinion there is no proof of negligence on the part of Iannone. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

NEW YORK INVESTORS, INC., Respondent, Appellant, v. TINUS BUILDING CORPORATION, Appellant, Respondent, Impleaded with GEORGE B. HALL, as Trustee, and THE PRUDENCE COMPANY, INC., Respondents, Appellants, and Others, Defendants.†— Judgment modified by eliminating therefrom the provisions for extra allowance, and as so modified unanimously affirmed, without costs. The case was not extraordinary and difficult. Findings of fact and conclusions of law inconsistent herewith are reversed. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ. Settle order on notice.

WILLIAM POWELL, INC., Appellant, v. IDA EPSTEIN and SAMUEL EPSTEIN, Respondents.— Order granting motion for examination before trial and for discovery and inspection affirmed, with ten dollars costs and disbursements; examination to proceed on ten days' notice. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.

SAMUEL N. RUBIN and ANTHONY LANZETTE, Respondents, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

UNITED STATES BOND AND MORTGAGE CORPORATION, Respondent, v. FRANK C. LOUGHRAN and Others, Appellants.— Judgment reversed on the law and a new trial granted, costs to appellants to abide the event. We are of opinion that the court erred in excluding the testimony of defendant Frank C. Loughran as to his conversation with the individual in plaintiff's office at the time he made his application for a loan, which resulted in his receiving an application blank from that person and which he filled out and returned to the company, and which was produced by it upon the trial. While the transaction as closed differed from that apparently contemplated by the terms of the application blank, the defendants, under all the circumstances, should have been allowed to explain the negotiations from their inception in the establishment of their defense of usury. Young, Hagarty, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs in result.

SAMUEL WEISBERG, Appellant, v. BENJAMIN A. GRIFFIN, Trading under the Name and Style of EAST WILLISTON COAL COMPANY, and AARNRON BARNES, Respondents.— Judgment of the County Court of Nassau county reversed on the law and a new trial ordered, costs to appellant to abide the event. In our opinion the questions of negligence and contributory negligence should have been submitted to the jury and the nonsuit at the end of the plaintiff's case was improper. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.